SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

JULIA B. STRICKLAND (CA 083013)
jstrickland@stroock.com
MARCOS D. SASSO (CA 228905)
msasso@stroock.com
A.R. KACHADOORIAN (CA 240601)
akachadoorian@stroock.com
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: 310-556-5800; Facsimile: 310-556-5959

Attorneys for Defendant Citibank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KENNEDY,<br><br>          Plaintiff,<br><br>   v.<br><br>CITIBANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br><br>          Defendants. | Case No.: 5:12-cv-04130-PSG<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated:    October 5, 2012                           /s/ Elliot Gale

                                                    Elliot Gale, Esq.
                                                    Sagaria Law, P.C.
                                                    Attorney for Plaintiff

Dated: October 15, 2012                      /s/ Alexandria Kachadoorian
                                                    Alexandria Kachadoorian
                                                    Stroock & Stroock & Lavan, LLP

                                                    Attorneys for Defendant
                                                      Citibank, N.A.